EPG

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED

JUN 2 7 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Michael Patten

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

16c 6748
Judge Rebecca R. Pallmeyer
Magistrate Judge Sheila M. Finnegan
PC 8

vs.                    Case l _____
(To be supplied by the <u>Clerk of this Court</u>)

Rahm Emanuel Mayor
Garry F. Mccarthy P/o chife superintendent
Anita Alerez, state attoney
Bryant Smith, P/o chicago star# 5893
Sherry Odunsi P/o chicago star# 5855
G. Diggs P/o chicago sgt# 3597

Bowen DL P/o star #14687
ASA ms. Katerina Alexopouios
P.D. ms. Saran crayton
FO JUR #15007
Dennis A E #17558
Davis RL #18378
Judge Ms Carol M. Howard #1928

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

CHECK ONE ONLY:                    **AMENDED COMPLAINT**

✓ _____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
             **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
           **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name:   Michael Patten

B.    List all aliases:   none

C.    Prisoner identification number:   #2015020 1082

D.    Place of present confinement:   Cook county D.O.C

E.    Address:   26 calfornia chicago Ill.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant:   Rahm Emanuel

      Title:   mayor

      Place of Employment:   City Nall

B.    Defendant:   Garry F. Mccarthy

      Title:   Police chife superintendent

      Place of Employment:   3510 S. Michigan chicago Ill.

C.    Defendant:   Anita Alerez

      Title:   State attorney

      Place of Employment:   Daily center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

I. **Plaintiff(s):**

A. Name: _____

B. List all aliases: _____

C. Prisoner identification number: _____

D. Place of present confinement: _____

E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Bryant smith, Police officer #5893

Title: Police officer

Place of Employment: Chicago 005 Dist. officer 111st

B. Defendant: Sherry odunsi,

Title: Police officer

Place of Employment: Chicago 005 Dist. office 111st

C. Defendant: G. Diggs,

Title: Police officer

Place of Employment: Chicago 005 Dist office 111st

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

I.    **Plaintiff(s):**

    A.    Name: _____

    B.    List all aliases: _____

    C.    Prisoner identification number: _____

    D.    Place of present confinement: _____

    E.    Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _Bowen O,L #14687_

            Title: _Police officer_

            Place of Employment: _#711st Station chicago 005 Dist_

    B.    Defendant: _ASA MS. Katerina Alexopouis_

            Title: _State attoury_

            Place of Employment: _Daily center chicago_

    C.    Defendant: _Saran Crayton   Court room 203_

            Title: _public Defender_

            Place of Employment: _26 caltornia_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

I.   **Plaintiff(s):**

A.   Name: _____

B.   List all aliases: _____

C.   Prisoner identification number: _____

D.   Place of present confinement: _____

E.   Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: Dennis A E. #7558

     Title: Police officer

     Place of Employment: 11st police station ods Dist

B.   Defendant: MS. caol M Howard #1928

     Title: Judge

     Place of Employment: 26 calfarnia courtroom 203

C.   Defendant: _____

     Title: _____

     Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _Patten v Dart NO08C5105_

B. Approximate date of filing lawsuit: _3 – 10 – 07_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _Michael Patten_

D. List all defendants: _Tom Dart at'et_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

F. Name of judge to whom case was assigned: _Coar, J_

G. Basic claim made: _living condition medical treatment_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _settled_

I. Approximate date of disposition: _8 – 12 – 8_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Patten v. Dart no. 10C4964 N.Dill

B. Approximate date of filing lawsuit: 4 – 10 – 07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Michael Patten

D. List all defendants: Tom Dart at et

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Coar, J

G. Basic claim made: Medical treatment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): dismissed

I. Approximate date of disposition: 7 – 2 – 2009

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007



A. Name of case and docket number: Michael Patt V Tom Dart, et al
   # 15C6148

B. Approximate date of Filing lawsuit  11-6-15

C. List all plaintiff: Michael Patten

D. List all defendants: Sheriff Tom Dart, Director Jyles Superintendent Hall
   Doctor uy superintendent Julian C/o Ray Ford, Dane Do Dentist

E. Court in which the lawsuit was filed (if in federal court, name the districts
   United States District Court Northern District of Illin

F. Name of Judge to whom case was assigned:
   Rebecca R. Pallmeyer

G. Basic claim made: Medical treatment & living conditions

H. Disposition of this case     pending

I. Approximate date of disposition  Pending

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Now comes Plaintiff Michael Patten A pretrial detaine at the cook county D.o.c. bring fourth this complaint against the defendants of the city of chicago and the state of Illinois for voilating Plaintiff consitution rights. On January 30, 2015 chicago Police officer Bryant smith of 111st station narcotics Division a long with the other defendants Physical enter Plaintiff friend home where he was renting a room at 1905 W. 64st in chicago Ill., without a valid search warrant or a arrest warrants sign by a Judge, befor thay enter his home. Chicago police officers, use a fraudlent copy of a old search warrant to justified there search. Durning the search officers, deliberley destroyed doors, bathrooms walls, stack pipes in basment for toilet system which left Plaintiff home inhabitable for month's. Plaintiff was arrested for possession of controlled substance and delivery of a controlled substance. that was found after toilet pipes was destroyed. At the grand jury defendants introduce

4                                                          Revised 9/2007

tainted evidence and mislending testimony to the grand jury to indict him on all charges Plaintiff was book into the cook county jail that at bond hereing he was place on EM, then rebook back into the cook county jail for getting medical treatment while on movement. Plaintiff was not given a bond on one of his three case which made him not able to bond out for over fifteen months. When Plaintiff ask why, he was being held without a bond, to his judge all he got was mislending information he ask his attorey to help with the matter got little help. Plaintiff went prose, after get ineffective councsale at his motion hereing police officers gave inconsistant statments than what thay wrote in there reports plus the prosecuter introduce evidence like a unsigned search warrant plus conplaint form band than introduce a signed one that was not part of the discovery, the judge found it an cause along with testimony didnt grant Plaintiff motion. Plaintiff hold's defendant Rahm Emanuel responable in his individual capacitires as mayor of chicago, he is personal respondable for the welfare of all the citizens in chicago and knew about the

5

complaints about the chicago department Plaintiff hold's Garry F. Maccarthy responsable in his individual and offical capacities he is responeable for the proper training of all the ~~city~~ police officers in the chicago city. Plaintiff hold all the police offiers respondable in there individual and personl capacities, because thay new that ~~they neeled~~ authory to invade Plaintiff home ~~with out~~ a rea valid search warrent. Plaintiff hold's the state attorny responsable in her individual capacities as State attorny becuse she knows to law but chosesto acted wuntonly under influence of factual malice and malicnant motive. Plaintiff hold's San anncrayton responsable in her individual capacities a public defender she know that the search warrant was not sign by a Judge ~~th~~ along with evidence that was not tested by crime lab. did little or nothing to get me a bond. Plaintiff hold ms. carol M. Howard responsable in her individual and official and personal capacity as ~~a~~ state officer becouse she know that the evidence aganist Plaintiff was taint plus he had no bond. all defendants Crited under color of state law.

5

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Dear honorable Judge of the court I would like to be
pay 1.5 million dollor for punitive damgers
$250.00.00thousoy for compensatory damagers against the
Defenders of the city of Chicago and for the defendants of cook
County

**VI.**    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_Michael Patten_
(Signature of plaintiff or plaintiffs)

Michael Patten
(Print name)

2015 0201082
(I.D. Number)    1341 W 112 Pl Chicago Ill.
                         60643

(Address)

6                                    Revised 9/2007

(3-81) CCMC-1-220

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois to all peace officers of the state

## SEARCH WARRANT

On this day, P.O. JAMES DAVIS #13462 , Chicago Police Department, Organized Crime Division, Narcotics Section B8 Anti-Violence Task Force, Complainant has subscribed and sworn to a complaint for search warrant before me. Upon examination of the complaint, I find that it states facts sufficient to show probable cause.

## I therefore command that you search:

Gerald JAMES, IR# 770522, a male black, 46 years old, 6'00" 180 pounds, medium complexion, short black hair, brown eyes

## and the premises:

A brown brick, single family home located at 1905 West 64th Street, City of Chicago, County of Cook, Illinois

## and seize the following instruments, articles and things:

Heroin, to wit a controlled substance and any documents showing residency, any paraphernalia used in the weighing, cutting or mixing of illegal drugs.   Any money, any records detailing illegal drug transactions.

## which have been used in the commission of, or which constitute evidence of the offense of:

720ILCS 570/402
Possession of a Controlled Substance

I further command that a return of anything so seized shall be made without necessary delay before me or before:

Judge _____ or before any court of competent jurisdiction.

_____ #1999
**JUDGE**                  Judge's No.

Date and time of issuance: _December 21, 2014 at 7:30 pm_

*(handwritten left margin, bottom to top):* 4SW 82-14   ASA Mary mcmahon   12/20/14 @ 2015

Page 1 of 1
**(3-81) CCMC-1-220**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois to all peace officers of the state

## SEARCH WARRANT

**P.O. BJ. Smith #5893, Chicago Police Department, Bureau of Organize Crime, Narcotics Division Complainant now appear before the undersigned judge of the Circuit Court of Cook County and requests the issuance of a search warrant to search:**

### I therefore command that you search:

A male black 25-30 yoa, 5'07-5'09ht, 165-175lbs, medium brown complexion, black skull cap, white sweat shirt, black jean pants, white gym shoes known as (Man- Man)

### and the premises:

1905 W. 64th Street, a red brick single family residence with in the City of Chicago, Cook County IL

### and seize the following instruments, articles and things:

A Quantity of Cocaine, to wit a controlled substance and any documents showing residency, any additional narcotics and any paraphernalia used in the weighing, cutting or mixing of illegal drugs. Any money, any records detailing illegal drug transactions.

### which have been used in the commission of, or which constitute evidence of the offense of:

Unlawful Possession of Cocaine    720 ILCS 570/402 c

I further command that a return of anything so seized shall be made without necessary delay before me or before:

Judge _____ or before any court of competent jurisdiction.

_____
**JUDGE**                          Judge's No.

Date and time of issuance: _____

**44-2**

_____     _____
SOURT BRANCH                         COURT DATE

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219

STATE OF ILLINOIS
COUNTY OF COOK

THE CIRCUIT COURT OF COOK COUNTY

## COMPLAINT FOR SEARCH WARRANT

P.O. BJ . Smith #5893,Chicago Police Department, Bureau of Organize Crime, Narcotics Division
Complainant now appear before the undersigned judge of the Circuit Court of Cook County and requests the
issuance of a search warrant to search:

### the person of:

A male black 25-30 yoa, 5'07-5'09ht, 165-175 lbs, Medium Brown complexion, black skull cap, white sweat shirt,
black jeans pants, white gym shoes, known as (Man -Man)

### and the premises:

1905 W. 64th street, a red brick single family residence with in the City of Chicago, Cook County IL

### and seize the following instruments, articles and things:

A Quantity of Cocaine, to wit a controlled substance and any documents showing
residency, any additional narcotics and any paraphernalia used in the weighing, cutting or mixing of illegal drugs.
Any money, any records detailing illegal drug transactions.

### which have been used in the commission of, or which constitute evidence of the offense of:

Unlawful Possession of Cocaine 720 IICS 570/402 c

**Complainant says that he has probable cause to believe, based upon the following facts, that the
above listed things to be seized are now located upon the person and premises set forth above:**

I, P.O. BJ. Smith#5893, have been a Chicago Police Officer for the past twenty years and am currently assigned to
the Narcotics Division, Bureau of Organized Crime. I have personally made more than 500 arrest for Narcotics
violations during my career as a Chicago Police Officer with many of the arrests leading to convictions and
subsequent sentences in the Illinois Department of Corrections. On the date of January 28, 2015 I P.O.
BJ.Smith#5893, had a conversation with a Register Cooperating Individual who herein after will be referred to as
"CI" for the purposes of anonymity and safety.

CI and I had a conversation on the date of January 28, 2015. CI stated, that the CI has been purchasing crack
cocaine from the location of 1905 W. 64th street for the past month, from a male black who stays at that location
known to CI as (Man -Man). CI related to R/O that each time CI has purchased crack cocaine from the location of
1905 W. 64th street, the CI received the same euphoric feeling after smoking the crack cocaine. CI has been using
crack cocaine for approximately 15 years. CI met with R/O a pre-determined location where CI was search for any

............................................................................................
COMPLAINANT

Subscribed and sworn to before me on ..............................................................................  ,20...............

..........................................................................     ....................
JUDGE                                  Judge's No.

**44-2**

COURT BRANCH          COURT DATE

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219

STATE OF ILLINOIS                              THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF COOK

## COMPLAINT FOR SEARCH WARRANT

illegal contraband and United States Currency. R/O along with CI relocated to 1905 W. 64th street in a undercover vehicle, R/O then tendered CI $50.00 USC Pre-Recorded 1505 funds. CI walked to the south door of residence at 1905 W. 64th street. R/O observed CI in conversation with a unknown male black 25-30 yoa 5'07-5'09ht, 165-175lbs, Medium Brown complexion, black skull cap, white sweat shirt, black jean pants , white gym shoes , at the south door of the residence at 1905 W. 64th street.. R/O after observed the south door open wider. R/O observed A unknown male black 25-30 yoa 5'07--5'09ht, 165-175 lbs, Medium Brown complexion, black skull cap, white sweat shirt, black jean pants, white gym shoes standing inside the south door way of the residence located at 1905 W. 64th street. R/O observed the CI walk inside the south door at the residence located at 1905 W. 64th street . After a brief wait R/O observed the CI exit the south door of the residence located at 1905 W. 64th street. and immediately returned to the undercover vehicle. CI then handed R/O one clear knotted plastic bag containing a substance suspect crack cocaine. CI stated to R/O that CI walk to the south door of the residence located at 1905 W. 64th street. CI stated that the A male black 25-30 yoa 5'07--5'09ht, 165-175 lbs, Medium Brown complexion, black skull cap, white sweat shirt, black jean pants, white gym shoes  known to CI as (Man-Man) came to the door. CI stated that CI then asked "give me one hard". "Hard" (is a street name for crack cocaine). CI further related that (Man-Man) told the CI to come inside. CI stated that once inside the residence the CI noticed on the steps leading up to the kitchen a clear plastic bag containing several clear knotted bags . CI stated that (Man -Man)  grabbed a clear plastic sandwich bag from the step. CI stated that the CI observed several small knotted plastic bags containing a white rock like substance inside the sandwich bag. CI stated that (Man -Man) reached inside the sandwich bag a retrieved one clear knotted plastic bag containing a white rock like substance . CI stated that one bag of " Hard" was then handed to CI in exchange for the $50.00 USC pre-recorded 1505 funds. CI related that CI observed what to be at least ten bags of "Hard" inside the sandwich bag. When CI left the residence Mam-Man was still in possession of the additional bags of crack cocaine. R/O and CI relocated to a pre-determined location where CI was searched and no Illegal contraband or United States Currency was recovered from CI person. CI stated that (Man -Man) related to CI to "This shit Good". CI also stated that CI purchases crack cocaine from (Man-Man) at 1905 W. 64th street twice a week. CI has been use by R/O on 20 occasions in the last year and half, which has resulted in multiple arrest and Heroin and Cocaine recoveries.

Once back at Area 2, P.O. D. Parker#5000, filed tested the suspect crack cocaine and received a positive reaction for the presence of cocaine. R/O did a clear search via data warehouse matching the description of an individual A male black 25-30 yoa 5'07-5'09ht, 165-175 lbs, Medium Brown complexion, black skull cap, white sweat shirt, black jean pants, white gym shoes known as (Man -Man)  with negative results.

R/O, armed with this information believes that the offense of Unlawful Possession of a Cocaine "Hard" is occurring and respectfully requests the issuance of a search warrant for a A male black 25-30 yoa 5'07-5'09ht, 165-175 lbs, Medium Brown complexion, black skull cap, white sweat shirt, black jean pants, white gym shoes known as (Man -Man) and the location of , 1905 W. 64th street, a red brick single family residence with in the City of Chicago, Cook County IL , for the recovery a quantity of Cocaine, and any additional narcotics, and any

......................................................
COMPLAINANT

Subscribed and sworn to before me on  .......................................................... ,20.........

......................................................          ......................................
JUDGE                          Judge's No.

4407

Page 1 of 1

(3-81) CCMC-1-220

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois to all peace officers of the state

## SEARCH WARRANT

**P.O. BJ. Smith #5893,Chicago Police Department, Bureau of Organize Crime, Narcotics Division Complainant now appear before the undersigned judge of the Circuit Court of Cook County and requests the issuance of a search warrant to search:**

### I therefore command that you search:

A male black 25-30 yoa, 5'07-5'09ht, 165-175lbs, medium brown complexion, black skull cap, white sweat shirt, black jean pants, white gym shoes known as (Man- Man)

### and the premises:

1905 W. 64th Street, a red brick single family residence with in the City of Chicago, Cook County IL

### and seize the following instruments, articles and things:

A Quantity of Cocaine, to wit a controlled substance and any documents showing residency, any additional narcotics and any paraphernalia used in the weighing, cutting or mixing of illegal drugs. Any money, any records detailing illegal drug transactions.

### which have been used in the commission of, or which constitute evidence of the offense of:

Unlawful Possession of Cocaine   720 ILCS 570/402 c

I further command that a return of anything so seized shall be made without necessary delay before me or before:

Judge ............................................................ or before any court of competent jurisdiction.

........................................................

**JUDGE**                        Judge's No.

Date and time of issuance: ....................................................................

44-2

COURT BRANCH      COURT DATE

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219

STATE OF ILLINOIS             THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF COOK

## COMPLAINT FOR SEARCH WARRANT

documents showing residency, any paraphernalia used in the weighing, cutting or mixing of illegal drugs. Any money, any records detailing illegal drug transactions.

The Registered CI criminal history, including possible investigations will be made available to undersigned Judge. R/O was brought before the undersigned judge sworn to the contains of the complaint and was available for questions..

......................................................................................................

COMPLAINANT

Subscribed and sworn to before me on ............................................................................................ ,20............................

......................................................................................................

JUDGE          Judge's No.





