UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# RECEIVED

SEP 2 6 2016  DC

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Michael Patten

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Rahm Emanuel

Garry F. Mccarthy

Anita Alerez

Bryant smith

Reginald JR. Dukes

A. Diggs

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

Case No: 16C 6748
(To be supplied by the Clerk of this Court)

D.L. Bowen
Ms. Katerina Alexopouis
D.
#1 John Do house arrest officer EM.
#2 John Do house arrest officer EM.
Tom Dart
Judge Carol Howard #1928

CHECK ONE ONLY:

____✓____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.      Plaintiff(s):**

A.      Name: Michael Patten

B.      List all aliases: none

C.      Prisoner identification number: #2015020l082

D.      Place of present confinement: Cook County Jail

E.      Address: 26 California, chicago Ill.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.     Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.      Defendant: Rahm Emanuel

Title: Mayor

Place of Employment: City Hall

B.      Defendant: Garry F. Mccarthy

Title: Police chife superintendent

Place of Employment: 3510 S. Michigan chicago Ill

C.      Defendant: Anita Alerez

Title: state attorney

Place of Employment: Daily center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                              Revised 9/2007

I.     **Plaintiff(s):**

    A.    Name: _____

    B.    List all aliases: _____

    C.    Prisoner identification number: _____

    D.    Place of present confinement: _____

    E.    Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C.**)

    A.    Defendant: _Bowen D.L #14687_

           Title: _Police officer_

           Place of Employment: _$111$ st station chicago 005 Dist._

    B.    Defendant: _Ms. Katerina Alexopouis_

           Title: _asa. state attorney_

           Place of Employment: _Daily center chicago Ill_

    C.    Defendant: _Ms. Carol Howard_

           Title: _Judge_

           Place of Employment: _26 California chicago Ill._

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

## I. Plaintiff(s):

A. Name: _____

B. List all aliases: _____

C. Prisoner identification number: _____

D. Place of present confinement: _____

E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

## II. Defendant(s):

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: *Bryant smith, Police officer #5893*

Title: *Police officer*

Place of Employment: *Chicago OOS Dist. office 111st*

B. Defendant: ~~Shawn Lujes~~ *Reginald JR. Dukes #11176*

Title: *Police officer*

Place of Employment: *Chicago OOS Dist. office 111st*

C. Defendant: *G. Diggs, #2597*

Title: *Police officer*

Place of Employment: *Chicago OOS Dist office 111st*

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

A. Defendant: 1. John Do house arrest E.M. officer
Title: deputy sheriff
Place of Employment: Cook county Jail

B. Defendant: 2. John Do house arrest E.M. officer
Title: deputy sheriff
Place of Employment: Cook county Jail

C. Defendant: Tom dart
Title: Sheriff
Place of Employment: Cook county Jail

Revised 9/2007

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _Patten v Dart NO 08 C 5105_

B. Approximate date of filing lawsuit: _3-10-07_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Michael Patten_

D. List all defendants: _Tom Dart at et_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

F. Name of judge to whom case was assigned: _Coar, J_

G. Basic claim made: _living condition medical treatment_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _settled_

I. Approximate date of disposition: _6-12-8_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Patten v. Dart no. 10C4964 N.Dill_

B. Approximate date of filing lawsuit: _4-10-07_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Michael Patten_

D. List all defendants: _Tom Dart at al'et_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

F. Name of judge to whom case was assigned: _Coar, J_

G. Basic claim made: _Medical treatment_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _dismissed_

I. Approximate date of disposition: _7-2-2009_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007



A. Name of case and docket number: Michael Patt v Tom Dart, et al
   #15C6148

B. Approximate date of filing lawsuit: 11-6-15

C. List all plaintiff: Michael Patten

D. List all defendants: Sheriff Tom Dart, Director Jyles superintendent Hall Doctor Guy superintendent Julian C/o Ray Ford Dane Do Dentist

E. Court in which the law suit was filed (if in federal court, name the districts united states District court Northern District of Illinois

F. Name of judge to whom case was assigned: Rebecca R. Pallmeyer

G. Basice claim made: medical treatments / living conditions

H. Disposition of this case: pending

I. Approximate date of disposition: Pending

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Patten v. Dart No. 08 C 5619_
_N. D III_

B. Approximate date of filing lawsuit: _2 - 7 - 2008_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Michael Patten_
_____
_____

D. List all defendants: _Tom Dart at. et_
_____
_____
_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

F. Name of judge to whom case was assigned: _Denlow J._

G. Basic claim made: _medical treatment_
_____
_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _dismissed_
_____
_____

I. Approximate date of disposition: _3 - 30 - 2009_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

Statement of Claim:

**1.**   Plaintiff's Michael Patten An inmate at cook county Jail.
brings fourth this pro,se Amended complaint civil rights
act under 426 u.s.c 1983 against Defendants of the city of
Chicago, People of the state of Illinois and cook county for
deprivetion of civil rigts by deliberate indifferent.

Fact 1.   Plaintiff contents on January 30, 2015 at 1905 w. 64st in chicago
Illinois at 8:46 P.M. Defendants Smith, Diggs, Dukes, Bowen
along with other unidentiffed chicago police officers physically
enter, with out announceing there purpose till after entering
Plaintiff's friends home, where he was just renting a room, detain
him along with the home owenr and three other occupants without
a vaild search warrant that particularity decribed him or no one else
that lives at the above address.

Fact 2.   The (search warrant) that officer Smith rely on, was prepared by him
          *exhibit A*
signed by him, fnstand of the judge who's name was on it and did not
have no stamp of approvel, from the judge whos name was on it. also
was not issue, upon probable causes supported by oath or affirmation
Plaintiff has provied the (original search warrant and supporting)
                          *exhibit B*
documents) that never got signed by a judge or the complaintiff
be for the search.   *exhibit C (with just a tee shirt and shorts barefoot)*

Fact 3.   Plaintiff was detain in the cold basement of the home, while
defendants Smith, Dukes along with other unidentiffed officers
tore up toilets, bathroom cabnets while in the basement. Plaintiff
          *exhibit a upstairs*
watch officer bowen kick in room door start tair up wall to get
to the sewer pipes for the toilet, thawb strated busting up the pipes
an allege to have found controband, this went beyond a search
of a vailed search warrant Befor the search while officer Bowen was
handcuffing pick Plaintiff up by the cluffs with a lot of force, injurying

2.

(Plaintiff's shoulder, and keep him on the basement floor for over a hour than took pictures of him with a (gun in his face) as for a moment of the event. arrest him and (took him into coustoy) with what he had on. Then deny Plaintiff E. M treatment till next day.) ~exhibit E~ ~exhibit f~ ~exhibit 9~ ~exhibit~

Fact 4.
Plaintiff was arrest for possession of controlled substance with intent to Deliver than for Deliver of controlled subance, which smith allege happen before the raid. These crimes alleged to had happen minutes apart from one another, at the same place. Plaintiff was charged with all the controband that was found in the house, but (none was founded on him) or in his liveing are a or immediate vicinity following his arrest. ~exhibit~

Facts.
Plaintiff contents also that was not give a preliminary hearing nor wave one, instand was grand jury indict for these crimes at the grand jury Defendant m.s. Katerina Alexopoulos acting as the investigater and administraties caused Plaintiffs civil rights to be voilated, by a lauding Officer Smith to give misleading testimony to the grand jury and not the hole trath. Also never introduce favorable evidence for plaintiff to the grand jury, intentionally misleaded the grand jury by uses known perjured, deceptive, inacurate evidence (like leading the grand jury in ▓▓▓ believeing that, the plaintiff was in control of the premiess and officers smith had probable cause to enter the home, the use of inaccurated statute law (like count 1, 1000 feet from a church) only apply on a public quay not on private property (also mis joinder of his charges) lead the grand jury to believe that the to crimes was distinct offenses. This misconduct by state attorey m.s. Kateriaa Alexopoulos, prevented the grand jury from returning a meaninful indictment and deprived plaintiff due process right and caused plaintiffs illegle detention. An indict ▓▓▓ ~exhibit H~ ~exhibit~

Facts.
Plaintiffs (twice for the same offense: that actually contain the same elements) ~exhibit J~
Plaintiff contents that on February he was placed of E.M.

1-2015

3.

for a short period of time, when on march 28, 2015 two unidentiffed cook county sheriff E.M officers, came to his home to verify his movement to cook county E.R., was not satisfy with the infomation Plaintiff provieda about his movement, arrest him and took him back into cook county ████ Jail. Plaintiff was never told why he was being arrest by the cook county sheriff E.M oficers, and was never given a bond hering, or presscharges for violating any program conditions by the state attoney and judge Howard of court room 203 never reinstated Plaintiff bond and keep till him that she give him a bond for over 18teen months befor she learn that she never did. An finding out her never had a bond hearing, gave him one and still never gave Plaintiff a bond. Plaintiff holds Judge Howard responceable for the depriveition of Plaintiff due process, illegledetention crueland unusual Punishment.

Fact 7.

Plaintiff also contents that on or about June 2015 while on a no bond by the court cook county sheriff Tom dart policy to aloud chicago police officers to take inmates back to the police station for just investigate ████ purpose, without authority from the trial court or a warrant and his consent cause the depriveitation of his fourth amendment fourthteeth amendment rights (exhibit K

Plaintiff hold's Police officers of chicago Bryant Smith, Reginald Dukes, D.L. Bowen. G. Diggs personaly responceable for depriveing Plaintiff of his civil rights, false arrest, illegledetention crueland Unusual Punishment all defendants fail there civil obligation by not useing correct police procedure.

Plaintiff hold's Rahm Emanuel as mayor of chicago responceable personaly because he is ultimate authority for the supervison of the Chicago police he fail to make sure that ever officer is properly

4.

Supervisioned and also make sure that complaints against a police officers misconduct not go unhear. By not dang so caused plaintiff 4th 14teeth and 8 amendments rights to be voileted.

Plaintiff hold's Garry F. Mccarthy personaly responsidble because his job is to make sure that each officers are properly supervisoed and to make sure ever offecer is properly train and performs there dutys correctly.

Plaintiff hold's Judge Carol Howard responcedble for the deprivitation of plaintiff due process rights, illegle detention and crueland unusual punishment because ms. Howard acting as adminstraer of the court failed to make sure that the plaintiff 1. the charges against him was inform to him, that his bond was reinstanded after the charge was droped by not doing this makes Judge Howard ultimately responsible for depriving Plaintiff of his freedom.

Plaintiff hold's states attoney ms. Katerina Alexoposis responcible acting as a investigater and administrater at the grand jury for the deprivetation of Plaintiffs due prosess rights illegle detention, and crueland unusual punishment, by misleading to grand jury useing known perjured, deceptive inaccurate evidence, and misleading testmony to the grand jury

Plaintiff hold's Anita Alerez also responeible for not properly supervising the attoney Alexoposis makeing sure she performs her dutys correctly Anita Alerez is the ultimate authority for the supervision of all attoneys for the state of Illinois. cause Plaintiff's Double jeopardy rights to be voilated.

Plaintiff hold's Tom dart sheriff responcible for not makeing sure the all his officers are properly supervised he being responsible for the ultimate authority for the supervision of the jail and people who work under him and for all welfare of the inmates in the jail system for cook county. bcause of his policy to aloud

5,    Chicago police officer to arrest inmates and take them out
of Jail without warrants or consent cause the deprivation of Plaintiff
4, 14, 8, 5, amendments rights to be voilated.

all defendants Plaintiff holds responcible in there individual
capacity and also in they official capacity and defendant acted
Under of color of state law.

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Dear Honorable Judge Plaintiff would like the Defendants to pay
Punitive damages in to amount of 23 million Dollars
compensatory damages in to amount of 100.000 Dollars
exemplary damages each Defendant 5,000 Dollars

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __9__ day of __20__ , 20 __16__

_Michael Patten_
(Signature of plaintiff or plaintiffs)

_Michael Patten_
(Print name)

_2015020108 2_
(I.D. Number)

Cook County Jail
~~Street~~ P.O. Box 089002,
Chicago, Ill. 60608
(Address)

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois to all peace officers of the state

## SEARCH WARRANT

*exhibit A*

P.O. BJ. Smith #5893,Chicago Police Department, Bureau of Organize Crime, Narcotics Division Complainant now appear before the undersigned judge of the Circuit Court of Cook County and requests the issuance of a search warrant to search:

## I therefore command that you search:

A male black 25-30 yoa, 5'07-5'09ht, 165-175lbs, medium brown complexion, black skull cap, white sweat shirt, black jean pants, white gym shoes  known as  (Man- Man)

## and the premises:

1905 W. 64th Street, a red brick single family residence with in the City of Chicago, Cook County IL

## and seize the following instruments, articles and things:

A Quantity of Cocaine, to wit a controlled substance and any documents showing residency, any additional narcotics and any paraphernalia used in the weighing, cutting or mixing of illegal drugs.  Any money, any records detailing illegal drug transactions.

## which have been used in the commission of, or which constitute evidence of the offense of:

Unlawful Possession of Cocaine    720 ILCS 570/402 c

*the one officer gave to owner of home that he signed instand of the judge*

*not the same*

I further command that a return of anything so seized shall be made without necessary delay before me or before:

Judge _____    or before any court of competent jurisdiction.

_____ JUDGE    _____ Judge's No.

Date and time of issuance: _____ Monday 18, 2015 at 8:__ PM

*[margin handwritten, left side, rotated]* 1/18/16 · issu4407 1/28/15 · Marguardt clote Mgtd · ASA Jacqueline

*search warrant for a month ago*

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-220

The People of the State of Illinois to all peace officers of the state

# SEARCH WARRANT

On this day, P.O. JAMES DAVIS #13462 , Chicago Police Department, Organized Crime Division, Narcotics Section B8 Anti-Violence Task Force, Complainant has subscribed and sworn to a complaint for search warrant before me. Upon examination of the complaint, I find that it states facts sufficient to show probable cause,

## I therefore command that you search:

Gerald JAMES, IR# 770522, a male black, 46 years old, 6'00" 180 pounds, medium complexion, short black hair, brown eyes

## and the premises:

A brown brick, single family home located at 1905 West 64th Street, City of Chicago, County of Cook, Illinois

## and seize the following instruments, articles and things:

Heroin, to wit a controlled substance and any documents showing residency, any paraphernalia used in the weighing, cutting or mixing of illegal drugs. Any money, any records detailing illegal drug transactions.

## which have been used in the commission of, or which constitute evidence of the offense of:

720ILCS 570/402
Possession of a Controlled Substance

*not the same as exhibit A*

I further command that a return of anything so seized shall be made without necessary delay before me or before:

Judge _____ or before any court of competent jurisdiction.

_____
JUDGE #1989
Judge's No.

Date and time of issuance: _December 21, 2014 at 2:30 pm_

*ASA mary mcmahon 12/20/14 @ 2pm*

*ASW 8-14*

exhibit B

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois to all peace officers of the state

## SEARCH WARRANT

**P.O. BJ. Smith #5893, Chicago Police Department, Bureau of Organize Crime, Narcotics Division Complainant now appear before the undersigned judge of the Circuit Court of Cook County and requests the issuance of a search warrant to search:**

### I therefore command that you search:

A male black 25-30 yoa, 5'07-5'09ht, 165-175lbs, medium brown complexion, black skull cap, white sweat shirt, black jean pants, white gym shoes known as (Man- Man)

### and the premises:

1905 W. 64th Street, a red brick single family residence with in the City of Chicago, Cook County IL

### and seize the following instruments, articles and things:

A Quantity of Cocaine, to wit a controlled substance and any documents showing residency, any additional narcotics and any paraphernalia used in the weighing, cutting or mixing of illegal drugs. Any money, any records detailing illegal drug transactions.

### which have been used in the commission of, or which constitute evidence of the offense of:

Unlawful Possession of Cocaine    720 ILCS 570/402 c

I further command that a return of anything so seized shall be made without necessary delay before me or before:

Judge ..................................................    or before any court of competent jurisdiction.

.......................................................    .........................
**JUDGE**    Judge's No.

Date and time of issuance: ........................................................................................................

*exhibit B*

44-2

COURT BRANCH          COURT DATE

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219

STATE OF ILLINOIS                                      THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF COOK

# COMPLAINT FOR SEARCH WARRANT

P.O. BJ . Smith #5893,Chicago Police Department, Bureau of Organize Crime, Narcotics Division Complainant now appear before the undersigned judge of the Circuit Court of Cook County and requests the issuance of a search warrant to search:

### the person of:

A male black 25-30 yoa, 5'07-5'09ht, 165-175 lbs, Medium Brown complexion, black skull cap, white sweat shirt, black jeans pants, white gym shoes, known as (Man -Man)

## and the premises:

1905 W. 64th street, a red brick single family residence with in the City of Chicago, Cook County IL

## and seize the following instruments, articles and things:

A Quantity of Cocaine, to wit a controlled substance and any documents showing residency, any additional narcotics and any paraphernalia used in the weighing, cutting or mixing of illegal drugs. Any money, any records detailing illegal drug transactions.

## which have been used in the commission of, or which constitute evidence of the offense of:

Unlawful Possession of Cocaine 720 IICS 570/402 c

**Complainant says that he has probable cause to believe, based upon the following facts, that the above listed things to be seized are now located upon the person and premises set forth above:**

I, P.O. BJ. Smith#5893, have been a Chicago Police Officer for the past twenty years and am currently assigned to the Narcotics Division, Bureau of Organized Crime. I have personally made more than 500 arrest for Narcotics violations during my career as a Chicago Police Officer with many of the arrests leading to convictions and subsequent sentences in the Illinois Department of Corrections. On the date of **January 28, 2015** I P.O. BJ.Smith#5893, had a conversation with a Register Cooperating Individual who herein after will be referred to as "CI" for the purposes of anonymity and safety.

CI and I had a conversation on the date of **January 28, 2015.** CI stated, that the CI has been purchasing crack cocaine from the location of **1905 W. 64th** street for the past month, from a male black who stays at that location known to CI as **(Man -Man).** CI related to R/O that each time CI has purchased crack cocaine from the location of 1905 W. 64th street, the CI received the same euphoric feeling after smoking the crack cocaine. CI has been using crack cocaine for approximately 15 years.| CI met with R/O a pre-determined location where CI was search for any

.............................................................................................
COMPLAINT

Subscribed and sworn to before me on .........................................................................................  ,20.............

.............................................................................................
JUDGE                                    Judge's No.

**44-2**

COURT BRANCH                    COURT DATE

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219

STATE OF ILLINOIS                                      THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF COOK

## COMPLAINT FOR SEARCH WARRANT

illegal contraband and United States Currency. R/O along with CI relocated to **1905 W. 64th street** in a undercover vehicle, R/O then tendered CI $50.00 USC Pre-Recorded 1505 funds. CI walked to the south door of residence at **1905 W. 64th street**. R/O observed CI in conversation with a **unknown male black black 25-30 yoa 5'07-5'09ht, 165-175lbs, Medium Brown complexion, black skull cap, white sweat shirt, black jean pants , white gym shoes** , at the south door of the residence at **1905 W. 64th street**.. R/O after observed the south door open wider. R/O observed A **unknown male black 25-30 yoa 5'07--5'09ht, 165-175 lbs, Medium Brown complexion, black skull cap, white sweat shirt, black jean pants, white gym shoes** standing inside the south door way of the residence located at **1905 W. 64th street**. R/O observed the CI walk inside the south door at the residence located at **1905 W. 64th street** . After a brief wait R/O observed the CI exit the south door of the residence located at **1905 W. 64th street**. and immediately returned to the undercover vehicle. CI then handed R/O one clear knotted plastic bag containing a substance suspect crack cocaine. CI stated to R/O that CI walk to the south door of the residence located at **1905 W. 64th street**. CI stated that the **A male black 25-30 yoa 5'07--5'09ht, 165-175 lbs, Medium Brown complexion, black skull cap, white sweat shirt, black jean pants, white gym shoes** known to CI as **(Man-Man)** came to the door. CI stated that CI then asked "give me one hard". **"Hard"** (is a street name for crack cocaine). CI further related that **(Man-Man)** told the CI to come inside. CI stated that once inside the residence the CI noticed on the steps leading up to the kitchen a clear plastic bag containing several clear knotted bags . CI stated that **(Man -Man)** grabbed a clear plastic sandwich bag from the step. CI stated that the CI observed several small knotted plastic bags containing a white rock like substance inside the sandwich bag. CI stated that **(Man -Man)** reached inside the sandwich bag a retrieved one clear knotted plastic bag containing a white rock like substance . CI stated that one bag of " **Hard**" was then handed to CI in exchange for the $50.00 USC pre-recorded 1505 funds. CI related that CI observed what to be at least ten bags of **"Hard"** inside the sandwich bag. When CI left the residence Mam-Man was still in possession of the additional bags of crack cocaine. R/O and CI relocated to a pre-determined location where CI was searched and no Illegal contraband or United States Currency was recovered from CI person. CI stated that **(Man -Man)** related to CI to "This shit Good". CI also stated that CI purchases crack cocaine from **(Man-Man)** at **1905 W. 64th street** twice a week. CI has been use by R/O on 20 occasions in the last year and half, which has resulted in multiple arrest and Heroin and Cocaine recoveries.

Once back at Area 2, P.O. D. Parker#5000, filed tested the suspect crack cocaine and received a positive reaction for the presence of cocaine. R/O did a clear search via data warehouse matching the description of an individual **A male black 25-30 yoa 5'07-5'09ht, 165-175 lbs, Medium Brown complexion, black skull cap, white sweat shirt, black jean pants, white gym shoes known as (Man -Man)** with negative results.

R/O, armed with this information believes that the offense of Unlawful Possession of a Cocaine "Hard" is occurring and respectfully requests the issuance of a search warrant for a **A male black 25-30 yoa 5'07-5'09ht, 165-175 lbs, Medium Brown complexion, black skull cap, white sweat shirt, black jean pants, white gym shoes known as (Man -Man) and the location of , 1905 W. 64th street**, a red brick single family residence with in the City of Chicago, Cook County IL , for the recovery a quantity of Cocaine, and any additional narcotics, and any

.....................................................................
COMPLAINANT

Subscribed and sworn to before me on ...................................................................................... ,20................

.........................................
JUDGE                    Judge's No.

**44-2**

COURT BRANCH          COURT DATE

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

(3-81) CCMC-1-219

STATE OF ILLINOIS                                THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF COOK

## COMPLAINT FOR SEARCH WARRANT

documents showing residency, any paraphernalia used in the weighing, cutting or mixing of illegal drugs.  Any money, any records detailing illegal drug transactions.

The Registered CI criminal history, including possible investigations  will be made available to undersigned Judge.
R/O was brought before the undersigned judge sworn to the contains of the complaint and was available for questions..

...................................................................................
                                                                        COMPLAINANT

Subscribed and sworn to before me on ........................................................................................... ,20....................

...................................................................................
                                                                        JUDGE                    Judge's No.



Upstairs
Other
People detain;
never arrest





exhibit
d



second
bathroom


exhibit d

**Chicago Police Department - ARREST Report**

CB #: 19054333

PATTON, Michael

## ARREST PROCESSING REPORT

### MOVEMENT LOG

| Action | By | | Destination | Reason |
|--------|-----|------|-------------|--------|
| RELEASED BY | #1449 | Smith, Dennis L (PC0N056) | 31 JAN 2015 10:05 | District 005 Male Lockup | |
| RECEIVED BY | #9266 | Johnson, Tina | 31 JAN 2015 10:05 | Roseland Community | Arrestee States He Needs His Meds For Back/Shoulder Pain |
| RECEIVED BY | #827 | Otten, Marvin F (PC0H759) | 31 JAN 2015 16:05 | District 005 Male Lockup | Returned Released From Hospital |

### WC COMMENTS

**Watch Commander Comments:**

### RELEASE W/O CHARGING

**DOES NOT APPLY TO THIS ARREST**

### ARRESTEE PROCESSING PERSONNEL

| | | | Beat |
|---|---|---|------|
| Searched By: | | LINDSEY, C D (PC0AR78) | |
| Lockup Keeper: | #12403 | WILLIAMS, D A (PC0U054) | |
| Assisting Arresting Officer: | #11176 | DUKES JR, R E (PC0F594) | 6252H |
| Assisting Arresting Officer: | #15007 | FOY, J P (PC0AG26) | 0752 |
| Assisting Arresting Officer: | #17558 | DENNIS, A E (PC0L891) | 6221D |
| Assisting Arresting Officer: | #18378 | DAVIS, R L (PC0W734) | 6252A |
| Assisting Arresting Officer: | #4147 | SMITH, J J (PC0AI66) | 0752 |
| Assisting Arresting Officer: | #5000 | PARKER, D J (PC0G302) | 6221J |
| Assisting Arresting Officer: | #5855 | ODUNSI, S T (PC0W496) | 6221D |
| Assisting Arresting Officer: | #6746 | STRAKA, D E (PC0AI67) | 0752 |
| Fingerprinted By: | | WEST, D T (PC00316) | |

### APPROVAL PERSONNEL:

| | | | | Beat |
|---|---|---|---|------|
| Final Approval of Charges : | #1449 | SMITH, D L(PC0N056) | 31 JAN 2015 06:43 | |

**Chicago Police Department - ARREST Report**

CB #: 19054333

PATTON, Michael

## ARREST PROCESSING REPORT

**MOVEMENT LOG**

| Action | By | | Destination | Reason |
|---|---|---|---|---|
| RELEASED BY | #1449 | Smith, Dennis L (PC0N056) | 31 JAN 2015 10:05 | District 005 Male Lockup | |
| RECEIVED BY | #9266 | Johnson, Tina | 31 JAN 2015 10:05 | Roseland Community | Arrestee States He Needs His Meds For Back/Shoulder Pain |
| RECEIVED BY | #827 | Otten, Marvin F (PC0H759) | 31 JAN 2015 16:05 | District 005 Male Lockup | Returned Released From Hospital |

**MVC COMMENTS**

Watch Commander Comments:

**REL w/o CHARGING**

DOES NOT APPLY TO THIS ARREST

## ARRESTEE PROCESSING PERSONNEL

**PROCESSING PERSONNEL**

| | | | Beat |
|---|---|---|---|
| Searched By: | | LINDSEY, C D (PC0AR78) | |
| Lockup Keeper: | #12403 | WILLIAMS, D A (PC0U054) | |
| Assisting Arresting Officer: | #11176 | DUKES JR, R E (PC0F594) | 6252H |
| Assisting Arresting Officer: | #15007 | FOY, J P (PC0AG26) | 0752 |
| Assisting Arresting Officer: | #17558 | DENNIS, A E (PC0L891) | 6221D |
| Assisting Arresting Officer: | #18378 | DAVIS, R L (PC0W734) | 6252A |
| Assisting Arresting Officer: | #4147 | SMITH, J J (PC0AI66) | 0752 |
| Assisting Arresting Officer: | #5000 | PARKER, D J (PC0G302) | 6221J |
| Assisting Arresting Officer: | #5855 | ODUNSI, S T (PC0W496) | 6221D |
| Assisting Arresting Officer: | #6746 | STRAKA, D E (PC0AI67) | 0752 |
| Fingerprinted By: | | WEST, D T (PC00316) | |

**APPROVAL PERSONNEL:**

| | | | | Beat |
|---|---|---|---|---|
| Final Approval of Charges : | #1449 | SMITH, D L (PC0N056) | 31 JAN 2015 06:43 | |

**ENFORCEMENT:** BJ. Smith #5893, D. Parker#5000, D. Pearson#18620, D. Bowen#14687, Dukes#11176, Dennis#17558,Odunsi#5855, Ivy#6455
BT 752, Foy#15007, Smith#4147, Straka#6746
**SURVEILLANCE:** Odunsi#5855

Evidence Recovered:

**INV#13365633:** one search warrant, complaint for search warrant, one evidence recovery log.

**INV#:13365660: (1)** clear plastic bag containing a crushed white rock like substance suspect crack cocaine. (33grams) recovered from toilet. **KENT**

**INV#:13365686: (1)** clear plastic bag containing a crushed green plant substance suspect Cannabis. **(13grams)** recovered from top of medicine cabinet main bathroom.

**INV#1365661: (1)** clear plastic bag containing a green crushed plant substance suspect Cannabis **(3.9 grams)** recovered from **KENT.**

**INV#13365654: (1)** crushed white rock like substance suspect crack cocaine, recovered from 3 bedroom on mirror **(1gram)**:

**INV#13365659: (1)** clear knotted plastic bag containing **(8)** clear plastic zip-lock bags each containing a tan powder substance suspect Heroin. Recovered from kitchen bathroom on top of medicine cabinet. **(1.6grams)**

**INV#13365662:** One hundred fifty dollars ($150.00) dollars U.S.C. recovered from **KENT.**

**INV#13365684: (1)** clear knotted plastic bag containing **(2)** clear zip-lock bags each containing white powder substance suspect heroin. Recovered from basement bedroom (2.8 grams) **PATTON**.

*Suspect heroin not on the search Warrant or in plaintiff room which was upstairs not in the basement Or recovered on Plaintiff*

**INV#13365691: (1)** bundle of U.S.C. totaling $382.00, $50.00 Co-mingled. (2) twenty dollar bills bearing serial#'s **JK38980757C, JL80495293B** & (1) ten dollar bill bearing serial # **JD18705350A.** Recovered from main bathroom on top of medicine cabinet.

**INV#:13365664: (1)** red & black very cool cell phone & charger. (1) key. Belonging to KENT.

| PREPARER-SIGN OR INITIAL | APPROVAL-SIGN OR INITIAL |
|---|---|
| BJS | |

**Chicago Police Department - ARREST Report**

CB #: 19054333

**PATTON, Michael**

## ARREST PROCESSING REPORT

| | |
|---|---|
| Holding Facility: District 005 Male Lockup | Time Last Fed: |
| Received in Lockup: 31 January 2015 03:47 | Time Called:     Phone#: |
| Prints Taken: 31 January 2015 03:47 | Cell #: J-5   - Placed in one person cell |
| Palmprints Taken: Yes | |
| Photograph Taken: 31 January 2015 04:07 | Transport Details : 2PO   6252C   30-JAN-2015 22:00 |
| Released from Lockup: | |

**LOCKUP/KEEPER PROCESSING**

### VISUAL CHECK OF ARRESTEE

| | |
|---|---|
| Is there obvious pain or injury? | Yes |
| Is there obvious signs of infection? | No |
| Under the influence of alcohol/drugs? | Yes |
| Signs of alcohol/drug withdrawal? | No |
| Appears to be despondent? | No |
| Appears to be irrational? | Yes |
| Carrying medication? | No |

### ARRESTEE QUESTIONNARIE

| | |
|---|---|
| Presently taking medication? | Yes |
| (if female)are you pregnant? | No |
| First time ever been arrested? | No |
| Attempted suicide/serious harm? | No |
| Serious medical or mental problems? | No |
| Are you receiving treatment? | No |
| Transgender/intersex/gender non-conforming? | No |
| Deaf/hard of hearing-request interpreter for court? | No |
| Interpreter needed? (indicate language) | No |

**RETURN TO HOLDING FACILITY COMMENTS**

**QUESTIONNAIRE REMARKS**

Subject States He Takes Meds For Back Pain. He Is Upset Due To Damages To Home

**LOCKUP KEEPER COMMENTS**

**EMERGENCY CONTACT**

Name : REFUSED

Res:           Beat:

**INTERVIEW LOG**

NO INTERVIEWS LOGGED

**VISITOR LOG**

NO VISITORS LOGGED


*arrested with out a warrant of court* exhibit K

**ARREST**

Arrest Name: **PATTEN, MICHAEL R**   Arrest Date: ~~03-AUG-2015~~  Holding Facility: CPD - DISTRICT 005 MALE
Date of Birth: **23-DEC-1964**   Arrest Address: 2601 S CALIFORNIA AVE  CHICAGO, IL 60623
DCN or CB:  019162893   Residence:  1905 W 64TH ST  CHICAGO, IL 60636
Officer:  **PURTELL**   Officer Badge#: 3217   Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|---------------------------|----------|
| [1] | 1 | F | 720 ILCS 5.0/19-3-A | **Burglary - Residential** | OFFENSE AS CITED |

**ARREST**

Arrest Name: **PATTON, MICHAEL R**   Arrest Date:  **30-JAN-2015**  Holding Facility: CPD - DISTRICT 005 MALE
Date of Birth: **23-DEC-1964**   Arrest Address: 1905 W 64TH ST  CHICAGO, IL 60636
DCN or CB:  019054333   Residence:  1905 W 64TH ST  CHICAGO, IL 60636
Officer:  **SMITH**   Officer Badge#: 5893   Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|---------------------------|----------|
| [1] | 4 | F | 720 ILCS 570.0/402-C | **Pcs - Possession - Poss Amt Con Sub Except (A)(D)** | OFFENSE AS CITED |
| [1] | 1 | F | 720 ILCS 570.0/401-C-2 | **Pcs - Mfg/Del1<15 Gr Cocaine/Anlg** | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---------|--------|-------|-------|
| 720-570/401-C-2 | PCS - MFG/DEL1<15 GR COCAINE/ | M | 15110243201 |

Disposition: **SUPERCEDED BY INDICTMENT**   Disposition Date: **19-FEB-2015**
Sentence:   Sentence Date:

**ARREST**

Arrest Name: **PATTEN, MICHAEL R**   Arrest Date:  **16-AUG-2012**  Holding Facility: CPD - DISTRICT 018
Date of Birth: **23-DEC-1964**   Arrest Address: 2540 W WASHINGTON BLVD  CHICAGO, IL 60612
DCN or CB:  018473989   Residence:  7038 S LOOMIS BLVD # HSE CHICAGO, IL 60636
Officer:  **VIA**   Officer Badge#: 12218   Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|---------------------------|----------|
| [1] | - | | 725 ILCS 5.0/110-3 | **Issuance Of Warrant** | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---------|--------|-------|-------|
| SEE CB# 18442260 | ISSUANCE OF WARRANT | | 12122633501 |

Disposition: **ARRESTED ON WARRANT**   Disposition Date: **16-AUG-2012**
Sentence:   Sentence Date:

**ARREST**

Arrest Name: **PATTEN, MICHAEL R**   Arrest Date:  **03-JUL-2012**  Holding Facility: CPD - DISTRICT 008
Date of Birth: **23-DEC-1964**   Arrest Address: 6118 S SACRAMENTO AVE  CHICAGO, IL 60629
DCN or CB:  018442260   Residence:  3141 W 71ST ST  CHICAGO, IL 60629

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and it's description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at the end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes and hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody." All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

## Narcotic Section Supplementary Report
### CHICAGO POLICE-FOR USE BY B.I.S. PERSONNEL ONLY

**HY134711**

| Offense Classification / Last Report | | IUCR Code | Offense Reclassification / DNA | | | Revised IUCR |
|---|---|---|---|---|---|---|
| **Delivery of Controlled Substance** | | **2017** | DNA | | | |

| Address of Occurrence | Type of Location | Location Code | Date of Occurrence | Time of Occurrence | Beat of Occ | Beat Assigned |
|---|---|---|---|---|---|---|
| **1905 W 64th Street** | **Residence** | **290** | 30 Jan 15 | 2038 | 726 | **6221K** |

| Victims | Victim's Name | Relation | Method Code | Method Assigned | Unit | Safe Method | If Residence / Where |
|---|---|---|---|---|---|---|---|
| 1 | **State of Illinois** | 024 | | Field | 189 | DNA | DNA |

| Offenders | Offender's Name | Relation | Num Arrested | Arrest Unit | Adults | Juveniles | Fire | Gang Related |
|---|---|---|---|---|---|---|---|---|
| 1 | **Patton Michael** **IR#684322** | 024 | 1 | 6221 | 1 | 0 | No | No |

### Update Information        *See Narrative For Updated Information

| Victim Verified [ ] | Offender Verified [ ] | Property Verified [ ] | Circumstances Verified [ ] |
|---|---|---|---|
| Victim Update [ ] | Offender Updated [ ] | Property Updated [ ] | Circumstances Updated [ ] |

### STATUS
0 - Prog [ ]   1 - Sus [ ]   2 - Unf [ ]   3 - C/C [ ]   4 - C/O [ ]   5 - C/C/X [ ]   6 - C/O/X [ ]   7 - C/N/C [ ]

### HOW CLEARED
1- Arrest [ ]   2- Juv-Ct [ ]   3- Ref Pros [ ]   4- Comm Adj [ ]   5- Other [ ]

**EVENT NUMBER: 16770     INCIDENT NUMBER: 150139     RAID NUMBER: 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     R.D. NUMBER: HY134711**

This Is A Narcotic Section Investigation Officer's Report By Beat 6221K

OPERATION / MISSION #:

OFFENDER(S):     *exhibit g*

**Weekend Violence Reduction Initiative**

**In Custody**
Patton Michael M/1/50 DOB 23 Dec 1964 Address: 1905 W 64th Street Hgt:600 Wgt:200 Complexion: Medium Hair: Short Clothing description: grey t-shirt and black shorts and barefoot

GANG AFFILIATION(S):     Denied

CHARGE(S):     720ILCS570/407-B     *g*

WITHIN 1000 FEET OF:     Mount Zion Baptist Church 1406 W 64th Street

COURT BRANCH, DATE AND COURT OFFICER:     44-2   23 February 2015 P.O. BJ Smith#5893

POLICE PERSONNEL ON SCENE:     Sgt. G Diggs#2597 P.O. S.Odunsi(U/C) BJ Smith#5893(Surv)

EVIDENCE RECOVERED     **Inventory#13365524** (1) clear knotted plastic bag containing white chunky rock like substance suspect crack cocaine

TOTAL WEIGHT & STREET VALUE:     ESW: 1.0 grams     ESW:$123.00

| 90. EXTRA COPIES REQ'D | 91. DATE SUBMITTED | TIME | 92. SUPERVISOR APPRV-STAR |
|---|---|---|---|
| | 31 Jan 15 | | Sgt. G Diggs#2597 |
| 93. REPORTING OFFICER--PRINT   STAR | 94. REPORTING OFFICER   STAR | | SIGNATURE |
| BJ Smith   5893 | | | |
| SIGNATURE   5893 | SIGNATURE | | DATE APPROVED   TIME   31 Jan 15 |

CPD-11.711/C-B(Rev. 3/97) COMPUTER GENERATED

SIGNATURES IN BLUE INK

HY134...

exhibit J

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about January 30, 2015 at and within the County of Cook

Jarrod Kent
Michael R Patton

committed the offense of POSSESSION OF CONTROLLED SUBSTANCE WITH INTENT TO DELIVER

in that THEY, UNLAWFULLY AND KNOWINGLY POSSESSED WITH INTENT TO DELIVER OTHERWISE THAN AS AUTHORIZED IN THE ILLINOIS CONTROLLED SUBSTANCES ACT OF SAID STATE OF ILLINOIS THEN IN FORCE AND EFFECT, LESS THAN 1 GRAM OF A SUBSTANCE CONTAINING A CERTAIN CONTROLLED SUBSTANCE, TO WIT: COCAINE, OR AN ANALOG THEREOF

IN VIOLATION OF CHAPTER 720 ACT 570 SECTION 401(d) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

Same Charge

COUNT NUMBER 5
CASE NUMBER 15CR-3054
CHARGE ID CODE: 5097200

*exhibit J*

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about January 30, 2015 at and within the County of Cook

Michael R Patton

committed the offense of       DELIVERY OF A CONTROLLED SUBSTANCE

in that HE, UNLAWFULLY AND KNOWINGLY DELIVERED OTHERWISE THAN AS AUTHORIZED IN THE ILLINOIS CONTROLLED SUBSTANCES ACT OF SAID STATE OF ILLINOIS THEN IN FORCE AND EFFECT,
LESS THAN 1 GRAM OF A SUBSTANCE CONTAINING A CERTAIN CONTROLLED SUBSTANCE, TO WIT: COCAINE, OR AN ANALOG THEREOF

IN VIOLATION OF CHAPTER 720 ACT 570 SECTION 401(d) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

*Same charge different case number*

COUNT NUMBER 2
CASE NUMBER 15CR-3055
CHARGE ID CODE: 5097200

*Anita Alvarez*

exhibit J

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about January 30, 2015 at and within the County of Cook

Michael R Patton

committed the offense of          POSSESSION OF CONTROLLED SUBSTANCE WITH
                                  INTENT TO DELIVER

in that HE, UNLAWFULLY AND KNOWINGLY POSSESSED WITH INTENT TO DELIVER
OTHERWISE THAN AS AUTHORIZED IN THE ILLINOIS CONTROLLED SUBSTANCES ACT OF
SAID STATE OF ILLINOIS THEN IN FORCE AND EFFECT, LESS THAN 1 GRAM OF A
SUBSTANCE CONTAINING A CERTAIN CONTROLLED SUBSTANCE, TO WIT: COCAINE, OR
AN ANALOG THEREOF

IN VIOLATION OF CHAPTER 720 ACT 570 SECTION 401(d) OF THE ILLINOIS
COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

Same change          COUNT NUMBER 2
                     CASE NUMBER 15CR-3054
                     CHARGE ID CODE: 5097200

STATE OF ILLINOIS     )
                      )  SS.     *exhibit H*
COUNTY OF COOK        )

The FEBRUARY 2015 Grand Jury of the
Circuit Court of Cook County,

The Grand Jurors chosen, selected and sworn, in and for the County of
Cook, in the State of Illinois, in the name and by the authority of the
People of the State of Illinois, upon their oaths present that on or
about January 30, 2015 at and within the County of Cook

Michael R Patton

committed the offense of     DELIVERY OF A CONTROLLED SUBSTANCE

in that HE, UNLAWFULLY AND KNOWINGLY DELIVERED OTHERWISE THAN AS
AUTHORIZED IN THE ILLINOIS CONTROLLED SUBSTANCES ACT OF SAID STATE OF
ILLINOIS THEN IN FORCE AND EFFECT, LESS THAN 1 GRAM OF A SUBSTANCE
CONTAINING A CERTAIN CONTROLLED SUBSTANCE, TO WIT: COCAINE, OR AN ANALOG
THEREOF WITHIN 1000 FEET OF THE REAL PROPERTY COMPRISING ANY CHURCH,
SYNAGOGUE, OR OTHER BUILDING, STRUCTURE, OR PLACE USED PRIMARILY FOR
RELIGIOUS WORSHIP, TO WIT: MOUNT ZION BAPTIST CHURCH

IN VIOLATION OF CHAPTER 720 ACT 570 SECTION 407(b)(2)/401(d) OF THE
ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

*this charge only apply to pubic way no privet property*

COUNT NUMBER 1
CASE NUMBER 15CR-3055     *this happen on*
CHARGE ID CODE: 5125392   *privet property*
                          *190 S W 64st*
                          *house*



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

### GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

### REFERRED TO:

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):*
Patten

PRINT - FIRST NAME *(Primer Nombre):*
Michael

INMATE BOOKING NUMBER *(# de identificación del detenido)*
201502-01082

DIVISION *(División):*
6

LIVING UNIT *(Unidad):*
1-L-16

DATE *(Fecha):*
6-26-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Especifico Del Incidente)* |
|---|---|---|
| 6-20-16 | 10:00 | 1-L-16 |

as of 2015 3-11-16 I have been unlawfuly deban here
in cook county jail. for not comeing back from cook county
hospital at a timely maner. Cook county sheriffs fake l y arrest
me. never charge me and state ations y never press charges
or reinstated my bond I still have a no bond.

### ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED *(Acción que esta solicitado, Esta sección debe completarse)*

That I be released as soon as possible.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):*
Michael Patten

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): C. Squirrel | SIGNATURE: C. Squirrel | DATE CRW/PLATOON COUNSELOR RECIEVED: 6/28/16 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40)(APR15)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

illegal-detention Suit

04777ll
290



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☒ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**
2016X 5255

| INMATE INFORMATION *(Información del Preso)* | | |
|---|---|---|
| INMATE LAST NAME *(Apellido del Preso):* Patten | INMATE FIRST NAME *(Primer Nombre):* Michael | ID Number *(# de identificación):* 2015020/082 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

290 - Records Office Issue

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):
Inmate was arrested By Chicago Police. All charges are not Illegal. AARi need to be Addressed to CPD

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Records-Supt.

DATE REFERRED: 01/22/16

RESPONSE BY PERSONNEL HANDLING REFERRAL:

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. RD | DATE: /8 |
|---|---|---|---|

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: / / |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE *(Firma del Preso):*

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):* / /

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* / /

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):* If I was arrested for curfew violation I not charged and If I was not charged why am I still on and The EM officers wrote a false report I was going to but receiveded drugs that's why I took me more time to come home.

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*
Yes *(Si)* ☐   No ☒

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*
Original Response to Stand

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* Mueller | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* 2/8/16 |
|---|---|---|

| INMATE SIGNATURE *(Firma del Preso):* | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su apelación):* / / 16 |
|---|---|



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

# INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

### GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

### REFERRED TO:

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):*
Michael

**PRINT - FIRST NAME** *(Primer Nombre):*
Patten

**INMATE BOOKING NUMBER** *(# de identificación del detenido):*
2015020108?

**DIVISION** *(División):*
6

**LIVING UNIT** *(Unidad):*
1-L-1?

**DATE** *(Fecha):*
6-18-16

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podria re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente)*
6-6-16

**TIME OF INCIDENT** *(Hora Del Incidente)*
2:00

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)*
2-N-16?

This is my second submittion never gor a copy from the firstone. I have been continuously held there in cook County jail for no reason I was wrongfuly arrost by the E.M officers after receive ing a medica treatment at cook county ER. I never had a hear about why I was arrest to charges was fled no copys of the charge provide to me or my attorney and never had a bond hear. as of now there is no bond this has been like this for 7 months

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

I would like to know why I am being illegely detained and why I was arrosted by the Sheriff Department in the first place

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):*
Michael Patten

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):**
C. Esquivel

**SIGNATURE:**
Esquivel

**DATE CRW/PLATOON COUNSELOR RECIEVED:**
6/21/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-40)(APR15)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

04479911
290



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☒ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**
2016 X J443

| INMATE INFORMATION *(Información del Preso)* | | |
|---|---|---|
| INMATE LAST NAME: *(Apellido del Preso):* Patten | INMATE FIRST NAME: *(Primer Nombre):* Michael | ID Number: *(# de identificación):* 2013020108 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

290 - Records Office Issue

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Records Dept.

DATE REFERRED: 6/29/16

RESPONSE BY PERSONNEL HANDLING REFERRAL:

PERSONNEL RESPONDING TO GRIEVANCE (Print): _____ SIGNATURE: _____ DIV. / DEPT.: R-C  DATE: 6/30/16

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): _____ SIGNATURE: _____ DIV. / DEPT.: _____ DATE: _____

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* Michael Patten

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* 7/3/16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* 7/3/16

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):* I never had I curfew I had to go to the E.M and the drugs that I was buying was my proscribed medication Never had a hearing or confrontation about these charges over 17 months or a bond.

### ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Si)* ☐  No ☒

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendación por parte del administrador o / su designado(a)):*

Previous grievance and/or non-grievance request Response to stand.

ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* J Mueller  SIGNATURE *(Firma del Administrador o / su Designado(a)):* _____  DATE *(Fecha):* 7/8/16

INMATE SIGNATURE *(Firma del Preso):* Michael Patten

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion):* 7/9/16

FCN-48 (Rev. 09/14)  WHITE COPY - PROGRAM SERVICES  YELLOW COPY - CRW / PLATOON COUNSELOR  PINK COPY - INMATE